UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Richard Roche,

    Plaintiff,

v.

                                   Case No.:  2:24-cv-01149-JLB-KCD

Larc, Inc., et al.

    Defendants.
_____/

## **ORDER**

Before the Court is pro se Plaintiff Richard Roche's Complaint.  (Doc. 1).  The Court Ordered Plaintiff to pay the filing fee or move to proceed *in forma pauperis* by January 17, 2025.  (Doc. 4).  Plaintiff (who is not in custody) has yet to pay the filing fee or move to proceed without prepayment of costs.  *See* 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay).  The Court thus dismisses this action without prejudice.  *See* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); Local Rule 1.05(c) ("The clerk must accept an initial paper from a person *in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)); *Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move *in forma pauperis*).  If Plaintiff wants to proceed with his claims, he may file another complaint

under a separate case number that is accompanied by the required filing fee or a signed long-form application to proceed without prepaying fees or costs (available at [www.uscourts.gov/sites/default/files/ao239_1.pdf](www.uscourts.gov/sites/default/files/ao239_1.pdf)).

Accordingly, it is now

**ORDERED:**

1. The Complaint (Doc. 1) is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 14, 2025.

_John L. Badalamenti_
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE